# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>CHAOJIE CHEN,<br>a/k/a "Chao Jie Chen," a/k/a "Cao Jie Chen,"<br>a/k/a "Jay," a/k/a "Jie," a/k/a "Jimmy," a/k/a "Tim,"<br>a/k/a "Justin," a/k/a "Kelvin,"<br>*Defendant(s)* | Case No. 1:24-MJ-153<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 2019 to the Present__ in the city/county of __Arlington__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1956(h), 1956(a)(1)(B)(i), and 1956(a)(3)(B) | (Conspiracy to Launder Monetary Instruments), (Concealment Money Laundering), and (Sting Money Laundering). |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Edgardo J. Rodriguez
*Printed name and title*

*Complainant's signature*

Peter W. Maher, DEA Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone__ *(specify reliable electronic means)*.

Date: 04/16/2024

*Judge's signature*

City and state: Alexandria, Virginia

The Hon. William B. Porter, U.S. Magistrate Judge
*Printed name and title*