A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ JENNY E. JAUREGUI
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
April 24, 2024

INTERP

United States District Court
Northern District of Illinois - CM/ECF NextGen 1.7.1.1 (Chicago)
CRIMINAL DOCKET FOR CASE #: 1:24-cr-00195-1
Internal Use Only

| | |
|---|---|
| Case title: USA v. Chen | Date Filed: 04/18/2024 |
| Other court case number: 1:24-MJ-153 Eastern District of Virginia | Date Terminated: 04/23/2024 |

Assigned to: Honorable Keri L. Holleb Hotaling

### Defendant (1)

**Chaojie Chen**    represented by    **Quinn Alexandra Michaelis**
*TERMINATED: 04/23/2024*      Quinn A. Michaelis
also known as      73 W. Monroe
"Chao Jie Chen"      Chicago, IL 60603
*TERMINATED: 04/23/2024*      312 714 6920
also known as      Email: qmichaelis@yahoo.com
"Cao Jie Chen"      *LEAD ATTORNEY*
*TERMINATED: 04/23/2024*      *ATTORNEY TO BE NOTICED*
also known as      *Designation: Public Defender or*
"Jay"      *Community Defender Appointment*
*TERMINATED: 04/23/2024*
also known as
"Jie"
*TERMINATED: 04/23/2024*
also known as
"Jimmy"
*TERMINATED: 04/23/2024*
also known as
"Tim"
*TERMINATED: 04/23/2024*
also known as
"Justin"
*TERMINATED: 04/23/2024*
also known as
"Kelvin"
*TERMINATED: 04/23/2024*

**Pending Counts**            **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                                        **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                               **Disposition**

18:3146.F ---- Failure To Appear

---

**Plaintiff**

USA                                      represented by   **Brandon David Stone**
                                                          U.S. Attorney's Office
                                                          Northern District of Illinois
                                                          219 S Dearborn
                                                          Ste 5th Floor
                                                          Chicago, IL 60604
                                                          312-613-9700
                                                          Email: brandon.stone@usdoj.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Assistant US Attorney*

                                                          **AUSA - Chicago**
                                                          United States Attorney's Office (NDIL - Chicago)
                                                          219 South Dearborn Street
                                                          Chicago, IL 60604
                                                          Email: USAILN.ECFAUSA@usdoj.gov
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Assistant US Attorney*

                                                          **Pretrial Services**
                                                          .
                                                          (312) 435-5793
                                                          Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Pretrial Services*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2024 | 1 | RULE 5(c)(3) Affidavit in Removal Proceedings signed by Judge Honorable Keri L. Holleb Hotaling as to Chaojie Chen (1). (ph, ) (Entered: 04/18/2024) |

| 04/18/2024 | | ARREST of defendant Chaojie Chen. (ph, ) (Entered: 04/18/2024) |
|---|---|---|
| 04/18/2024 | 2 | ORDER as to Chaojie Chen: Initial proceedings held on 04/18/2024. Defendant appears in response to arrest on 04/18/2024. Official court interpreter present. Defendant informed of his rights. Attorney, Quinn Michaelis of the Federal Defender Panel appears as counsel for defendant for initial appearance proceedings only. Defendant informed of the charges against him as well as of the possible sentence/fine if convicted of those charges. Defendant informed of his right to an identity hearing. Defendant waives his right to an identity hearing. Accordingly, the Court finds that defendant, Chaojie Chen (1) is the individual named in the complaint and is present before this Court. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the Court confirms the prosecutor's continuing obligation under Brady vs. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the Defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution and contempt proceedings. The Government's request for pretrial detention is entered and continued to 04/23/24 at 1:30 p.m. in courtroom 1700. On 04/23/24, defendant shall be prepared to inform the Court as to his position on a preliminary examination hearing. Defendant, Chaojie Chen (1) is hereby remanded into the custody of the United States Marshals Service and shall remain in custody until further order of the Court. Signed by the Honorable Keri L. Holleb Hotaling on 4/18/2024. Mailed notice (ph, ) (Entered: 04/18/2024) |
| 04/18/2024 | 3 | FINANCIAL Affidavit filed by Chaojie Chen (SEALED). (ph, ) (Entered: 04/18/2024) |
| 04/18/2024 | 4 | CJA ORDER Appointing Counsel Quinn Alexandra Michaelis for Chaojie Chen Under the Criminal Justice Act. Signed by the Honorable Keri L. Holleb Hotaling on 4/18/2024. Mailed notice (ph, ) (Entered: 04/18/2024) |
| 04/18/2024 | 5 | ATTORNEY Appearance for defendant Chaojie Chen by Quinn Alexandra Michaelis. (ph, ) (Entered: 04/18/2024) |
| 04/22/2024 | 6 | PRETRIAL Bail Report as to Chaojie Chen (SEALED) (McJoynt, Theodore) (Entered: 04/22/2024) |
| 04/23/2024 | | ORAL MOTION by USA for Removal in Custody as to Chaojie Chen. (jj, ) (Entered: 04/24/2024) |
| 04/23/2024 | 7 | ORDER as to Chaojie Chen (1): Detention hearing held on 4/23/2024 as to Chaoji Chen (1). Cantonese interpreter appeared telephonically. The government's oral motion for removal in custody is granted. For the reasons stated in open court, the court finds that the government has met its burden to show that Defendant poses a serious risk of nonappearance. Order Defendant, Chaoji Chen (1) removed in the custody of the United States Marshals Service to answer the pending charges in the Eastern District of Virginia, Alexandria Division forthwith (1:24MJ153). Enter Commitment to Another District. Signed by the Honorable Keri L. Holleb Hotaling on 4/23/2024. Mailed notice. (jj, ) (Entered: 04/24/2024) |
| 04/23/2024 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Defendant Chaojie Chen committed to Eastern District of Virginia, Alexandria Division. Signed by the Honorable Keri L. Holleb Hotaling on 4/23/2024. Mailed notice. (jj, ) (Entered: |

|  |  | 04/24/2024) |
|---|---|---|
| 04/24/2024 | 9 | CERTIFIED and Transmitted to Eastern District of Virginia, Alexandria Division via email the record consisting of the transmittal letter. (jj, ) (Entered: 04/24/2024) |



**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  (312) 435-5670
**Clerk**

## Transfer of Criminal Case

4/24/2024

Eastern District of Virginia, Alexandria Division

Case Title:  USA v. Chen

Northern District of Illinois Case No.:  24-cr-195   Other Court's Case No.:  1:24-MJ-153

Dear Sir/Madam:

Enclosed please find a <u>certified copy</u> of the docket sheet and documents being transferred to your court pursuant to:

**F.R.CR.P 5:**                                       ☐ In    ☒ Out

☒ Order.
☒ Commitment Order.
☐ Bond Transfer.
☐ Order Setting Conditions of Release.
☐ Appearance bond.
☐ Financial Affidavit.

**18 U.S.C § 3605 Transfer of Jurisdiction Probation 22**    ☐ In   ☐ Out

☐ Certified copy of the Probation 22 form.
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Amended Sentencing Order.
☐ Rule 12B form.
☐ Email us a certified copy of the charging instrument, judgment, signed Probation 22 form and the docket sheet.

Revised 10/03/16

☐ **F.R.Cr.P. 20**  ☐ **F.R.Cr.P. 21**          ☐ In   ☐ Out
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Consent to Transfer Jurisdiction.

                                              Sincerely,
                                              Thomas G. Bruton, Clerk of Court

                                              By: /s/Jenny E. Jauregui
                                                    Deputy Clerk

---

### TO BE COMPLETED BY THE RECEIVING DISTRICT

Please acknowledge receipt via email to: docketing_ilnd@ilnd.uscourts.gov

                                              Clerk, U.S. District Court
Date:                                          By:
                                              Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| Plaintiff, | ) | No 1:24-cr-00195-1 |
| | ) | |
| v. | ) | |
| Chaojie Chen, | ) | |
| | ) | |
| Defendant. | ) | Magistrate Judge Keri L. Holleb Hotaling |
| | ) | |
| | ) | |
| | ) | |

# ORDER

Detention hearing held on 4/23/2024 as to Chaoji Chen (1). Cantonese interpreter appeared telephonically. The government's oral motion for removal in custody is granted. For the reasons stated in open court, the court finds that the government has met its burden to show that Defendant poses a serious risk of nonappearance. Order Defendant, Chaoji Chen (1) removed in the custody of the United States Marshals Service to answer the pending charges in the Eastern District of Virginia, Alexandria Division forthwith (1:24MJ153). Enter Commitment to Another District.

(T:00:45)

Date: <u>April 23, 2024</u>

**Keri L. Holleb Hotaling**
**United States Magistrate Judge**

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ JENNY E. JAUREGUI
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
April 24, 2024

Case 1:24-cr-00153-JDB Document 8 Filed 04/23/24 Page 8 of 8 PageID# 40
Case 24-00153-95BP Document 8 Filed 04/24/24 Page 1 of 1 PageID #: 36

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | |
| _____ | ) | Charging District's |
| *Defendant* | ) | Case No. _____ |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the _____ District of _____,
*(if applicable)* _____ division. The defendant may need an interpreter for this language:
_____ .

The defendant: ❐ will retain an attorney.

❐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: _____      _____
*Judge's signature*

_____
*Printed name and title*

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ JENNY E. JAUREGUI
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
April 24, 2024